**No. 65835.**—Firmenich, Inc., et al. *v.* United States, protests 59/32638, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

**No. 65836.**—Sommers Fabrics Corp. *v.* United States, protest 285075–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of plastic sheeting similar in use to decorated leather and that the issues are similar in all material respects to those the subject of *Prepac, Inc.* v. *United States* (43 Cust. Ct. 97, C.D. 2111), the claim of the plaintiff was sustained.

**No. 65837.**—Industrial Chemical & Dye Co. *v.* United States, protest 58/21336(B) (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of plastic sheeting similar in use to patent leather and that the issues are similar in all material respects to those the subject of *Prepac, Inc.* v. *United States* (43 Cust. Ct. 97, C.D. 2111), the claim of the plaintiff was sustained.

**No. 65838.**—Border Brokerage Company *v.* United States, protests 59/8962, 59/8996, and 59/8992 (Seattle).

Opinion by MOLLISON, J.  In accordance with stipulation of cousel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiff was sustained.